The Ohio Oil Company *v.* The State.

There was no error in the refusal of the instruction asked by appellant, as it directed the jury to disregard all evidence in support of certain specifications in the third count in the information, charging the defendant with obtaining money of George Alderman by means of false pretenses, namely, " that the defendant was the vice-president of the Murphy Printing Company, then doing business at No. 734 South State street, Chicago, Illinois ; that he the said C. W. Wilson, was then and there in his capacity of vice-president of said Murphy Printing Company, traveling for and representing the said Murphy Printing Company, and taking orders for said Murphy Printing Company." These representations and pretenses are charged to be false, and facts are alleged from which it appears that they were material, furnishing a reasonable ground for relying upon them, and inducing Alderman to part with his money. The judgment is affirmed.

---

### The Ohio Oil Company *v.* The State.

[No. 18,600.    Filed April 21, 1898.]

From the Madison Circuit Court.    *Affirmed.*

*M. F. Elliott, R. R. Stephenson, George Shirts,* and *W. R. Fertig,* for appellant.

*William A. Ketcham,* Attorney-General, *Daniel W. Scanlan, Merrill Moores, Ferdinand Winter, C. C. Shirley,* and *M. A. Chipman,* for State.

PER CURIAM.—The questions presented by the record in this case were fully considered and decided against the contention of the appellant herein in the case of *State* v. *Ohio Oil Co., ante,* 21, and on the authority of the decision in that case the judgment herein is affirmed.

---

### The Ohio Oil Company *v.* The State.

[No. 18,601.    Filed April 21, 1898.]

From the Madison Circuit Court.    *Affirmed.*

*M. F. Elliott, R. R. Stephenson, George Shirts* and *W. R. Fertig,* for appellant.

*W. A. Ketcham,* Attorney-General, *Daniel W. Scanlan, Merrill Moores, Lovett & Holloway* and *Blacklidge & Shirley,* for State.

PER CURIAM.—The questions presented by the record in this case are identical with some of the questions considered and decided in the case of *State* v. *Ohio Oil Co., ante,* 21, and on the authority of that case the judgment herein is affirmed.